| PROB 22 | | DOCKET NUMBER *(Tran. Court)* |
| --- | --- | --- |
| (Rev. 8/97) | | M-09-1403-01 |
| | **TRANSFER OF JURISDICTION** | DOCKET NUMBER *(Rec. Court)* |
| | | 3:13-00190-01 |

| NAME AND ADDRESS OF PROBATIONER/SUPERVISED RELEASEE: | DISTRICT | DIVISION |
| --- | --- | --- |
| Jason Devon Milam<br>Tennessee | Southern District of Texas | McAllen Division |
| | NAME OF SENTENCING JUDGE | |
| | Honorable Randy Crane | |
| | DATES OF PROBATION/SUPERVISED RELEASE: | FROM September 21, 2012 / TO September 20, 2015 |

OFFENSE

Possession with intent to distribute approximately 168 kilograms of marijuana, in violation of 21 U.S.C. § 841(a)(1), 841(b)(1)(B), and 18 U.S.C. § 2.

### PART 1 - ORDER TRANSFERRING JURISDICTION

UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF TEXAS, McALLEN DIVISION:

It is ordered that the jurisdiction of this probationer or supervised releasee be transferred with the records of the Court to the United States District Court for the Middle District of Tennessee, Nashville Division, on that Court's acceptance. This Court expressly consents that the period of supervision may be changed by the receiving District Court without approval of this court. See 18 U.S.C. 3605.

February 22, 2013

Date

*Randy Crane*

Honorable Randy Crane
United States District Judge

### PART 2 - ORDER ACCEPTING JURISDICTION

UNITED STATES DISTRICT COURT FOR THE MIDDLE DISTRICT OF TENNESSEE, NASHVILLE DIVISION:

Jurisdiction over the person supervised is accepted by this Court from the entry of this order.

10-8-13

Effective Date

United States District Judge